Arecibo. Infracción al artículo 461 del Código Penal. Diciembre 8, 1930.

No. 4332.—Pueblo, apldo., *v.* Peterson, Jr., aplte.—C. D. San Juan. Hurto menor. Diciembre 9, 1930.

No. 4331.—Pueblo, apldo., *v.* Peterson, aplte.—C. D. San Juan. Escalamiento en segundo grado. Diciembre 9, 1930.

No. 4360.—Pueblo, apldo., *v.* Nieves, aplte.—C. D. Bayamón. Infracción artículo 288 C. P. Enero 12, 1931.

No. 4365.—Pueblo, apldo., *v.* Rosado, aplte.—C. D. Ponce. Infracción artículo 260 C. P. Enero 12, 1931.

No. 4359.—Pueblo, apldo., *v.* Matos, aplte.—C. D. Bayamón. Mutilación. Enero 12, 1931.

No. 4318.—Pueblo, apldo., *v.* Barroso, aplte.—C. D. Bayamón. Alterar la paz. Enero 19, 1931.

No. 4400.—Pueblo, apldo., *v.* Rodríguez, aplte.—C. D. Aguadilla. Falsificación. Febrero 16, 1931.

No. 4401.—Pueblo, apldo., *v.* Colón, aplte.—C. D. Bayamón. Escalamiento en primer grado. Febrero 16, 1931.

No. 4402.—Pueblo, apldó., *v.* Rodríguez, aplte.—C. D. Bayamón. Asesinato. Febrero 16. 1931.

No. 4326.—Pueblo, apldo., *v.* Soto et als., apltes.—C. D. Aguadilla. Portar Armas. Marzo 2, 1931.

No. 4435.—Pueblo, apldo., *v.* De Jesús, apltes.—C. D. Guayama. Asesinato en segundo grado. Marzo 16, 1931.

No. 4428.—Pueblo, apldo., *v.* Narváez, aplte.—C. D. Bayamón. Portar armas. Marzo 16, 1931.

No. 4429.—Pueblo, apldo., *v.* Narváez, aplte.—C. D. Bayamón. Alterar la paz pública. Marzo 16, 1931.

No. 4196.—Pueblo, apldo., *v.* Cortés, aplte.—C. D. Arecibo. Mutilación. Mayo 23, 1930.